**Exhibit 1**



November 14, 2022

Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505

**REQUEST SENT CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

**RE:** Freedom of Information Act Request ("FOIA") of Billy Wayne Evans, Jr.

Dear Chief FOIA Officer,

    I, C. Peter Sorenson, am writing on behalf of Billy Wayne Evans, Jr. ("Mr. Evans"). His address is: 8015 Blue Heron Parkway; Scott, AR 72142-9066. His email address is: crstwdne@protonmail.com. Mr. Evans has asked me to represent him on the matter of making this FOIA request. His Declaration authorizing me to make the request is attached, as is a signed and dated DOJ form 361.

**I. REQUEST**

    Mr. Evans requests, pursuant to FOIA, all records, documents, or communications prepared by, received by, or maintained by the CIA which mention the following terms:

1. All records that discuss or describe "Billy Wayne Evans, Jr.";

2. All records that discuss or describe "Billy W. Evans Jr.";

3. All records that discuss or describe "Billy W. Evans";

4. All records that discuss or describe "Billy Evans";

5. All records that discuss or describe "Billy Evans Jr."; and

6. All records that discuss or describe "Billy Wayne Evans."

## II. TIME FRAME OF THIS REQUEST

The time frame for all requests listed above includes records created or received on or after Mr. Evans' birthdate of December 27, 1981, through the time that the agency conducts its search for responsive records.

## III. INFORMATION HELPFUL TO THE CIA IN FULFILLING THIS REQUEST

In order to help the CIA fulfill this request, Mr. Evans has attached a Declaration that provides the agency with additional information to assist in his proper identification as well as to establish his interest in the requested records. Mr. Evans' birthday is December 27, 1981. Mr. Evans is a resident of Pulaski County, Arkansas.

Please also include in your search (but not limit your search to) any and all responsive records to your automated indices, your older general (manual) indices, as well as all field offices.

## IV. HOW RESPONSIVE RECORDS SHOULD BE PROVIDED

Mr. Evans requests copies of the responsive records for this FOIA request be provided in a digital format, either via email, or stored on a thumb drive, CD or other electronic data storage device.

See 5 U.S.C. § 552 (a)(3)(B). Providing these records in an electronic format will save agency staff processing time, as well as reducing the cost of making paper copies of all responsive records.

## V. RECORDS FOR PERSONAL USE; PROCESSING FEES

The records sought are for personal use and not for commercial use. Mr. Evans is willing to pay up to $30 for the processing of this request. Please inform Sorenson Law Office if the estimated fees will exceed this limit before processing our request.

## VI. POLICY AND LEGAL DIRECTION FOR OPEN GOVERNMENT

Disclosure of the above referenced agency records are also sought in order to promote government transparency, and to reflect the Administration's policy to support our nation's fundamental commitment to open government. As the Supreme Court has observed, "virtually every document generated by an agency is available in one form or another, unless it falls within one of the Act's nine exemptions." *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 136 (1975).

FOIA was designed to "pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny," see, e.g., *Dept. of the Air Force v. Rose*, 425 U.S. 352, 361 (1976), and in order "to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed." *NLRB v. Robbins Tire & Rubber Co.*, 437 U.S. 214, 242 (1978); see also *Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1310 (D.C. Cir. 2003); *United States Dept. of Justice v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 773 (1989).

The above described agency records are subject to disclosure under FOIA, and are not otherwise exempt from disclosure pursuant to FOIA's nine statutory exemptions. See 5 U.S.C. § 552(b)(1) - (9). To the extent that a determination is made by your FOIA office staff that any limited portions of the records listed above will be withheld from disclosure for this request, FOIA expressly requires all agencies to disclose "[a]ny reasonably segregable portion of a record . . .after deletion of the portions of the record which are exempt." 5 U.S.C. §552(b). See, e.g., *Oglesby v. U.S. Dept. of Army*, 79 F.3d 1172, 1178 (D.C. Cir. 1996); see also *Abdelfattah v. U.S. Dept. Of Homeland Security*, 488 F.3d 178, 186-187 (3rd Cir).

The 2007 Openness Promotes Effectiveness in our National Government Act amendments to FOIA (the "OPEN Government Act") requires identification of the amount of any material withheld, the location of any withholdings, a direct reference to the specific statutory exemption supporting each withholdings asserted, and if technically possible, also require that this information shall "be indicated at the place in the record where such deletion is made." See 5 U.S.C. § 552(b). Therefore, I would appreciate your assistance in expressly identifying any exempt responsive records (or portions thereof) and the applicable FOIA exemptions for any responsive materials withheld for this FOIA request.

Please inform my office in writing if there are any "unusual circumstances" that will cause delay in responding to this FOIA request, or providing the records which are requested, and in addition, please provide the approximate date that you anticipate a final response will be provided.

## VII. AUTHORIZATION

Attached to this request is a Declaration of Mr. Evans, which authorizes C. Peter Sorenson and the Sorenson Law Office to make this request and to receive records on behalf of Mr. Evans. Additionally, Mr. Evans' Declaration expressly waives all privacy rights – as they may apply to C. Peter Sorenson and the Sorenson Law Office – relating to this FOIA request and any records that the CIA has in response to this request. Furthermore, the Declaration establishes that Mr. Evans is willing and able to sign any forms the agency may require to formalize his waiver of privacy rights to C. Peter Sorenson and the Sorenson Law Office.

## VIII. CONSEQUENCES OF AGENCY FAILURE TO COMPORT

An effect of the 2007 Amendments was to impose consequences on agencies that fail to comport with FOIA's requirements. *See* S.Rep. No. 110-59. To underscore Congress's belief in

the importance of the statutory time limit, the 2007 Amendments declare that "[a]n agency shall not assess search fees ... if the agency fails to comply with *any time limit*" of FOIA. § 552(a)(4)(A)(viii) (emphasis added). *Bensman v National Park Service*, 806 F.Supp.2d 31 (DCD 2011).

Therefore, I would appreciate your assistance in expressly identifying any exempt responsive records (or portions thereof) and the applicable FOIA exemptions for any responsive materials withheld for this FOIA request.

Please inform my office in writing if there are any "unusual circumstances" that will cause delay in responding to this FOIA request, or providing the records which are requested, and in addition, please provide the approximate date that you anticipate a final response will be provided.

**IX. ESTIMATED DATE OF COMPLETION REQUESTED**

The Sorenson Law Office specifically requests the agency to provide an estimated date of completion for this request.

**X. CONTACT**

Please provide a receipt for this request and provide a tracking number so that we may inquire about the status of this request.

If you have any questions regarding this FOIA request or need help locating documents, or if I can be of any other assistance, please feel free to contact me at (541) 606-9173, or via email to: petesorenson@gmail.com. If you send me any email, please send a copy of that email to Mr. Evans at crstwdne@protonmail.com.

Thank you in advance for your assistance.

Best,


C. Peter Sorenson
Sorenson Law Office
PO Box 10836
Eugene, Oregon 97440

Attachment: 1) Declaration of Billy Wayne Evans, Jr., 2) DOJ form 361.

4

# DECLARATION OF MR. BILLY WAYNE EVANS, JR.

STATE OF ARKANSAS

COUNTY OF PULASKI

I, Billy Wayne Evans, Jr., do **DECLARE**:

1. I reside at 8015 Blue Heron Parkway Scott, AR 72142-9066.

2. My date of birth is: December 27, 1981.

3. I have authorized the Sorenson Law Office to make a request on my behalf to the Central Intelligence Agency ("CIA") for records, pursuant to the Freedom of Information Act.

4. I authorize Sorenson Law Office to request and receive records from the CIA on my behalf.

5. If there are any forms or additional requirements needed to make this request, I will be promptly supplying that information to the CIA.

6. In accordance with 28 U.S.C. § 1747, I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this __25th__ day of __October__, 2022.

_____
MR. BILLY WAYNE EVANS, JR.

**U.S Department of Justice**  **Certification of Identity** 

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  __Billy Wayne Evans Jr.__

Citizenship Status [2] __U.S. Citizen__   Social Security Number [3] __240473991__

Current Address __8015 Blue Heron Parkway, Scott, AR 72142__

Date of Birth __12/27/1981__   Place of Birth __Little Rock, AR__

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

__C. Peter Sorenson / The Sorenson Law Office__
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] __Billy Wayne Evans Jr.__   Date __10/29/2022__

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361