UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY WAYNE EVANS, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant*. | Civil Action No. 23-1888 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 15, 2023, Order, Plaintiff, Billy Wayne Evans, Jr., and Defendant, the Central Intelligence Agency ("CIA") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed his complaint on June 30, 2023, ECF No. 1, regarding his Freedom of Information Act ("FOIA") request for information concerning himself. *See id*. On May 1, 2023, the CIA issued a final response to Plaintiff, noting that after conducting a search reasonably calculated to uncover all relevant documents, the CIA did not locate any responsive records that would reveal a publicly acknowledged affiliation with the CIA. Further, the CIA issued a *Glomar* response regarding any responsive information that would reveal a classified association between the CIA and Plaintiff. *See id*., Ex. 3. On May 17, 2023, Plaintiff filed an administrative appeal of the CIA's May 1, 2023, final response. *See id*., Ex. 4.

The CIA submits that there are no remaining documents to be produced and thus no production schedule is in place. The only remaining dispute between the Parties is Plaintiff's

- 1 -

position that the CIA failed to conduct a reasonably adequate search and that the CIA incorrectly applied Exemption 1 by issuing a *Glomar* response in its May 1, 2023, final response.  *See id.*

Due to this outstanding issue, the Parties propose that Defendant submit a motion for summary judgment on or before January 29, 2024;[1] Plaintiff will submit his opposition and cross motion for summary judgment on or before February 28, 2024; Defendant will submit its reply and opposition on or before March 29, 2024; and Plaintiff will submit his reply on or before April 29, 2024.  As such, the Parties respectfully propose that the Court enter a briefing schedule for the briefing of Defendant's motion for summary judgment.  A proposed order is attached.

\*     \*     \*

---

[1]  The undersigned counsel for Defendant is preparing for a trial that begins December 4, 2023, through December 8, 2023.  *See Dews v. United States*, Civ. A. No. 20-2767 (CJN). Additionally, the undersigned counsel is assigned to brief numerous other cases on a nearly weekly basis up to the beginning of the *Dews* trial, which includes at least one D.C. Circuit brief.  The schedule proposed provides a reasonable period for the undersigned to brief the present case following the scheduled trial.  Additionally, Plaintiff's counsel has proposed the schedule to allow adequate time for counsel to file a cross motion for summary judgment.

Dated: September 20, 2023           Respectfully submitted,

*/s/ C. Peter Sorenson*
C. Peter Sorenson, DC Bar #438089
SORENSON LAW OFFICE
P.O. Box 10836
Eugene, OR 97440

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*

- 3 -