UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY WAYNE EVANS, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant*. | Civil Action No. 23-1888 (LLA) |

### ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 29, it is hereby **ORDERED** that Defendant Central Intelligence Agency's Motion for Summary Judgment, ECF No. 19, is **GRANTED** and Plaintiff Billy Wayne Evans, Jr.'s Cross-Motion for Summary Judgment, ECF No. 21, is **DENIED**.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: March 25, 2025